**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Justin DANIEL, a.k.a. J Rock,**
**Defendant–Appellant.**

No. 12–16403

**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 5, 2014.

Jose A.V. Nava, Vacaville, CA, pro se.

Before TJOFLAT, PRYOR and MARTIN, Circuit Judges.

PER CURIAM:

Martin Vogelbaum, counsel for Justin Daniel, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion is **GRANTED,** and Daniel's convictions and sentences are **AFFIRMED.**